IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SIDNEY MUSGROVE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-920-L** |
| | § | |
| **MICHAEL ASTRUE,** Commissioner of the Social Security Administration**,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is a social security case. Before the court is Plaintiff's Motion to Proceed *In Forma Pauperis*, filed May 23, 2007. Pursuant to 28 U.S.C. § 636(b) and an order of the court in implementation thereof, this case was referred to the United States magistrate judge for proposed findings and recommendation. On June 11, 2007, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed, in which the magistrate judge recommends denial of Plaintiff's motion because he has $248,000 in an Individual Retirement Account with which to pay the $350 filing fee and other costs of this suit. No objections were filed to the magistrate judge's Report. After making an independent review of the pleadings, file and record in this case, and the magistrate judge's Report, the court **determines** that the magistrate judge's findings are correct. Accordingly, the magistrate judge's findings are **accepted** as those of the court. Plaintiff's Motion to Proceed In Forma Pauperis is **denied**. Plaintiff shall pay the statutory filing fee within **20 days** of the date of this order. If he fails to do so, this case will be dismissed without further notice.

**Order – Page 1**

**It is so ordered** this 27th day of June, 2007.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**